UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Machel, LLC,<br><br>      Debtor. | Chapter 7<br><br>BKY No. 09-40428-NCD |
| John R. Stoebner, Trustee,<br><br>      Plaintiff,<br><br>vs.<br><br>Imagebay, Incorporated d/b/a Peacock Promotions,<br><br>      Defendant. | Adv. No. 09-__04157__<br><br>**TRUSTEE'S STATEMENT OF INSUFFICIENT FUNDS TO PAY FILING FEE** |

The undersigned trustee of the estate(s) of the debtor(s) named above states under penalty of perjury that filed herewith:

1) is a complaint under Rule 7001 F.R.Bkr.P.;

2) that the trustee is without sufficient cash in the estate(s) to pay the filing fee to commence this adversary proceeding;

3) the trustee will pay the filing fee to the clerk as soon as cash is available in the estate(s), pursuant to the Judicial Conference Schedule of Fees for the Bankruptcy Courts, prescribed under 28 U.S.C. § 1930(b).

Executed on July 16, 2009.    Signed:    /e/ John R. Stoebner

Name of
Trustee:    John R. Stoebner
Address and
Telephone:    One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815